UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |

ORDER REASSIGNING LITIGATION

The Panel has been notified of the need to reassign the above litigation to another judge in the Eastern District of Louisiana.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is re-assigned to the Honorable Jane Triche Milazzo for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

Sarah S. Vance
Chair